**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v. Criminal No. 2:26-cr-192

EMILY ROBERTS

CRIMINAL CASE INFORMATION SHEET

Division: Pittsburgh
County in which first offense cited occurred: Washington

Related to No. ____________ Judge: ____________

CATEGORY:
1. ○ Narcotics and Other Controlled Substances (Defs: ○1-2 ○3-9 ○10+)
2. ◉ Fraud and Property Offenses (Defs: ◉1-2 ○3-9 ○10+)
3. ○ Crimes of Violence
4. ○ Sex Offenses
5. ○ Firearms and Explosives
6. ○ Immigration
7. ○ All Others

Previous Proceedings before Magistrate Judge: ____________
Case No.: ____________
*PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant ○ is in custody ◉ is not in custody
Custody is ○ State ○ Federal Name of Institution: ____________

Defendant ○ is ◉ is not serving a term of Supervised Release
Case No. ____________ Judge: ____________

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 09/03/2026

*s/ William B. Guappone*
WILLIAM B. GUAPPONE
Assistant U.S. Attorney
NC ID No. 46075